IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

J & J SPORTS PRODUCTIONS, INC.,

    Plaintiff,      CIV. NO. S- 09-1227 JAM GGH

    vs.

FRANCISCO JAVIER FERREYRA, et al.,

    Defendants.      ORDER
_____/

Plaintiff's motion for default judgment presently is calendared for hearing on March 25, 2010. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. See E.D. Cal. L.R. 78-230(h).

Accordingly, IT IS ORDERED that:

1. The March 25, 2010 hearing on the motion for default judgment, filed February 20, 2010, is vacated; and

2. The motion is submitted on the record.

DATED: March 19, 2010

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076:J&JSports1227.vac.wpd

1