UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA 95814

**J&J Sports Production, Inc.**                             **DEFAULT JUDGMENT**

    v.

                                                    Case No. CIV S-09-1227 JAM GGH

**Francisco Javier Ferreyra, et al**

_____

       **IT IS ORDERED AND ADJUDGED** default judgment in the amount of $110,000 is hereby ENTERED against defendant:

       **Francisco Javier Ferreyra**


June 25, 2010

                                              VICTORIA C. MINOR, CLERK


                                              By: _____/s/_____
                                              R. Matson, Deputy Clerk